UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL LANDRY, and ) <br> TREADWELL FRANKLIN INFASTRUCTURE ) <br> CAPITAL LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WORLD MARINE OFFSHORE A/S, WORLD MARINE ) <br> OFFSHORE LLC, LARS CHRISTIAN ZOHNER, HANS ) <br> SCHNEIDER and JIMMY KRISTENSEN, ) <br> Defendants. ) | CIVIL ACTION <br> NO.: 1:22-cv-11432 |

**MOTION FOR LEAVE TO SERVE SUMMONS AND COMPLAINT
BY OTHER MEANS**

NOW COMES Plaintiffs Michael Landry and Treadwell Franklin Infrastructure Capital LLC (the "Plaintiffs") respectfully moves pursuant to Rules 4(f)(3) and 4(h)(2) of the Federal Rules of Civil Procedure ("FRCP") for leave to serve their summons and complaint upon Defendants Lars Christian Zohner, Hans Schneider, Jimmy Kristensen and World Marine Offshore A/S via email and LinkedIn messaging and upon World Marine Offshore A/S' United States counsel, Patrick O'Donnell, Esq. This motion is being made in addition to the Plaintiff's request of the Court Clerk to serve the Defendant World Marine Offshore A/S and Jimmy Kristensen for reasons stated in the memorandum of law filed herewith.

Wherefore, Plaintiffs pray that this Honorable Court grant Plaintiffs leave to serve summons and complaint by e-mail, LinkedIn messaging and upon the Defendant's United States Counsel.

Respectfully submitted
Plaintiffs'
By their attorney,

/s/ David S. Smith
David S. Smith, Esq.
BBO No.: 634865
Farrell Smith O'Connell
Aarsheim Aprans, LLP
27 Congress St., Suite 109
Salem, Massachusetts 01970
Tel: 978-744-8918
Fax: 978-666-0383
dsmith@fsofirm.com

**SERVICE AND LOCAL RULE 7.1**
Defendants have not appeared in this case and therefore no certification is necessary.
/s/ David S. Smith
David S. Smith