

# FARRELL SMITH O'CONNELL

David J. Farrell, Jr.
David S. Smith*
Liam T. O'Connell
Kirby L. Aarsheim**
Olaf Aprans
J. Andrew Black**°

* Also admitted in Maine
**Also admitted in Rhode Island
° Of Counsel

F I L E D
Clerk's Office
USDC, Mass.
Date 9/16/22
By M. Lara
Deputy Clerk

ATTORNEYS AT LAW & PROCTORS IN ADMIRALTY

September 15, 2022

Civil Clerk
United States District Clerk's Office
1 Courthouse Way                    *via Federal Express*
Boston, MA 02210

Re:    *Michael Landry v. World Marine Offshore A/S,*
       Civil Action No. 1:22-cv-11432

Dear Sir or Madam,

This letter is to request service of documents pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure on the parties listed below. I am preparing this request based on instructions published by the US District Clerk's Office for the Southern District of New York at this URL: https://nysd.uscourts.gov/forms/foreign-mailing-instructions.

The parties to be served are:

1.    World Marine Offshore A/S, which may be served at the following address:
      World Marine Offshore A/S
      Torkesaj 1 DK-6700
      Esberg, Denmark

2.    Jimmy Kristensen, which may be served at the following address:
      Jimmy Kristensen
      Klintholmvej 27
      6731 Tjaereborg, Denmark

The documents to be served on World Marine Offshore A/S are:

1. A copy of the summons issued and addressed to World Marine Offshore A/S (ECF No. 3);
2. A copy of the civil cover sheet filed in the above referenced matter (ECF No. 1-1);
3. A copy of the Category form filed in the above referenced matter (ECF No. 1-2);
4. A copy of the complaint filed in the above referenced matter (ECF No. 1); and
5. A Danish translation of the complaint filed in the above referenced matter.

Farrell Smith O'Connell
Page 2
September 15, 2022

The above documents are enclosed with this letter.

The documents to be served on Jimmy Kristensen are:

1. A copy of the summons issued and addressed to Jimmy Kristensen (ECF No. 3);
2. A copy of the civil cover sheet filed in the above referenced matter (ECF No. 1-1);
3. A copy of the Category form filed in the above referenced matter (ECF No. 1-2);
4. A copy of the complaint filed in the above referenced matter (ECF No. 1); and
5. A Danish translation of the complaint filed in the above referenced matter.

The above documents are enclosed with this letter.

Please send these documents via FedEx. To facilitate this, I have attached:

1. One FedEx container for each party being served, sufficiently large to hold the papers; and
2. An international FedEx air waybill for each party, pre-addressed to them and pre-paid. The air waybill and the documents required are already in the containers.

If you have any questions regarding this matter, do not hesitate to contact me at 978-744- 8918, extension 2.

Very truly yours,

David S. Smith, Esq.

Enclosures