# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**MICHAEL LANDRY, ET AL.**

*Plaintiff*

v.

Civil Action No.: **1:22−CV−11432−AK**

**WORLD MARINE OFFSHORE A/S, ET AL.**

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

World Marine Offshore LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David S. Smith, Esq.
Farrell Smith O'Connell Aarsheim Aprans LLP
27 Congress St., Suite 109
Salem, Massachusetts 01970  USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ – Caetlin McManus**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2022−09−07 11:13:30**, Clerk USDC DMA

Civil Action No.: **1:22–CV–11432–AK**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) : Served pursuant to Rule 4 of the FRCP and Mass Gen. Laws c. 223A section 6 a/k/a long arm statute via certified mail return receipt requested. Agent of World Marine Offshore LLC, Ryan MacArthur of WMO LLC accepted service on September 26, 2022 at 11:22 a.m. See Exhibit A attached herewith of proof of service.

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

\_\_\_October 6, 2022\_\_\_\_\_   \_\_\_/s/ David S. Smith_____
           *Date*                             *Server's Signature*

\_\_\_\_David S. Smith, Esq._____
                  *Printed name and title*

\_27 Congress St. Ste 109 Salem, MA 01970\_\_\_\_
                  *Server's Address*

Additional information regarding attempted service, etc:



# FARRELL SMITH O'CONNELL

David J. Farrell, Jr.
David S. Smith*
Liam T. O'Connell
Kirby L. Aarsheim**
Olaf Aprans
J. Andrew Black**°

\* Also admitted in Maine
\*\*Also admitted in Rhode Island
° Of Counsel

ATTORNEYS AT LAW & PROCTORS IN ADMIRALTY

September 21, 2022

World Marine Offshore LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

*via certified mail return receipt requested*
*7021 0350 0000 3838 1977*
*9590 9402 6559 1028 4534 11*

Re:   *Michael Landry, et. al. v. World Marine Offshore LLC, et. al.*
      United States District Court for the District of Mass. Civil Action No.: 1:22-cv-11432

Dear Sir or Madam:

Pursuant to Rule 4 of the Federal Rules of Civil Procedure and Mass. Gen. Laws c. 223A, § 6, enclosed please find copies of the Summons, Complaint, Civil Action Cover Sheet and Category Sheet in reference to the above-captioned matter.

If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

David S. Smith, Esq.

Enclosure

FARRELL SMITH O'CONNELL AARSHEIM APRANS LLP
Offices in Massachusetts and Rhode Island

27 Congress Street, Suite 109, Salem, MA 01970
T: 978-744-8918 | F: 978-666-0383

**U.S. Postal Service™**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)              $ _____
- ☐ Return Receipt (electronic)            $ _____
- ☐ Certified Mail Restricted Delivery     $ _____
- ☐ Adult Signature Required               $ _____
- ☐ Adult Signature Restricted Delivery    $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To World Magzine Offshed LLC
Street and Apt. No., or PO Box No. 231 Little Falls Dr.
City, State, ZIP+4 W.lmngton DE 19808

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- [obscured]
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

### Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>World Marine Offshore LLC<br>c/o Corporation Service Co.<br>251 Little Falls Dr.<br>Wilmington, DE 19808 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| 9590 9402 6559 1028 4534 11 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7021 0350 0000 3838 1977 | | |

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt

USPS TRACKING #

9590 9402 6559 1028 4534 11

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

David Smith
FSU
27 Congress St. Ste 109
Salem, MA 01970

Landry



# USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

# 70210350000038381977

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 11:22 am on September 26, 2022 in WILMINGTON, DE 19808.

### Delivered

**Delivered, Individual Picked Up at Post Office**
WILMINGTON, DE 19808
September 26, 2022, 11:22 am

**Out for Delivery**
WILMINGTON, DE 19808
September 26, 2022, 9:27 am

**Arrived at Post Office**
WILMINGTON, DE 19808
September 26, 2022, 9:16 am

**In Transit to Next Facility**
September 25, 2022

**Departed USPS Regional Destination Facility**
WILMINGTON DE DISTRIBUTION CENTER
September 24, 2022, 11:15 pm

**Arrived at USPS Regional Destination Facility**
WILMINGTON DE DISTRIBUTION CENTER
September 24, 2022, 12:30 pm

**Arrived at USPS Regional Origin Facility**

BOSTON MA DISTRIBUTION CENTER
September 22, 2022, 10:58 pm

**Departed Post Office**

SALEM, MA 01970
September 22, 2022, 6:47 pm

**USPS in possession of item**

SALEM, MA 01970
September 22, 2022, 9:57 am

**Hide Tracking History**

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs