## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

MICHAEL LANDRY, and
TREADWELL FRANKLIN
INFRASTRUCTURE CAPITAL LLC,

*Plaintiffs,*

v.

WORLD MARINE OFFSHORE A/S, WORLD
MARINE OFFSHORE LLC, LARS
CHRISTIAN ZØHNER, HANS SCHNEIDER,
and JIMMY KRISTENSEN,

*Defendants.*

Civil Action No. 22-cv-11432-AK

### World Marine Offshore A/S and World Marine Offshore LLC's
### Motion to Dismiss

Defendants World Marine Offshore A/S and World Marine Offshore LLC hereby move to dismiss the Complaint with prejudice under Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6).  As grounds for this Motion, Defendants state:

1.      The Complaint does not state a claim for breach of the implied duty of good faith and fair dealing because the parties to the relevant contract expressly agreed that any party could terminate at their sole discretion and because the parties agreed that none of the contract's substantive commercial terms were binding.

2.      The Complaint does not state a claim for breach of fiduciary duty because Plaintiffs do not allege that a relationship existed between the parties that would give rise to a fiduciary duty, because the Complaint does not allege any fraudulent or intentional breach of fiduciary duty with the particularity required by Rule 9(b), and because the Complaint does not contain sufficient allegations of breach of fiduciary as required by Rule 8(a).

- 1 -

3.      The Complaint fails to state a claim for breach of contract against defendants who are not parties to the contract.  Even as to the sole defendant who is a party to the relevant contract, World Marine Offshore A/S, Plaintiffs cannot state a claim for breach of contract because the relevant noncompete provision does not prohibit – and in fact expressly permits – the negotiations alleged in the Complaint.

4.      The Complaint does not plead a claim for fraud or fraudulent inducement with the particularity required by Rule 9(b).

5.      The Complaint lacks sufficient allegations to state a claim for tortious interference with a contractual relationship where Plaintiffs were not parties to the relevant contracts, the Complaint contains no non-conclusory allegations that Defendants ever intended that those contractual relationships would be broken, because Defendants exercised their valid contractual rights, and because as a matter of law a defendant acting in their own economic interests is not acting with an improper purpose.

6.      The Complaint fails to state a claim for negligent misrepresentation against certain defendants who are not alleged to have made any negligent misrepresentations, because the integration clause of the contract bars recovery as a matter of law, and because Plaintiffs do not allege sufficient facts to show they were damaged by any purported negligent misrepresentation.

Further grounds for this Motion are set forth in the accompanying Memorandum of Law. For the foregoing reasons, Defendants World Marine Offshore A/S and World Marine Offshore LLC respectfully request that the Court dismiss the Complaint with prejudice under Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6).

## <u>Request for Oral Argument</u>

Pursuant to Local Rule 7.1(d), Defendants World Marine Offshore A/S and World

Marine Offshore LLC respectfully request that oral argument be scheduled on this Motion.


Dated: December 2, 2022                    Respectfully submitted,

                                           WORLD MARINE OFFSHORE A/S and
                                           WORLD MARINE OFFSHORE LLC

                                           By their attorneys,

                                           <u>*/s/ Megan A. Siddall*</u>
                                           Megan A. Siddall
                                           BBO No. 568979
                                           101 Federal Street
                                           Suite 650
                                           Boston, MA 02110
                                           Tel: 617-202-5178
                                           Fax: 617-202-5893
                                           msiddall@msdefenders.com

                                           Patrick O'Donnell
                                           Stephen W. Miller
                                           HWG, LLP
                                           1919 M St. NW
                                           Suite 800
                                           Washington, DC 20036
                                           Tel: 202-730-1300
                                           Fax: 202-730-1301
                                           podonnell@hwglaw.com
                                           smiller@hwglaw.com
                                           *Admitted pro hac vice*

## **LOCAL RULE 7.1 CERTIFICATION**

On November 22, 2022, the undersigned counsel conferred with Plaintiffs' counsel, David Smith, in an attempt in good faith to resolve or narrow the issues presented in this Motion. Plaintiffs do not assent to the relief requested in this Motion.

*/s/ Megan A. Siddall*
Megan A. Siddall

## **CERTIFICATE OF SERVICE**

I hereby certify that Defendants World Marine Offshore A/S and World Marine Offshore LLC's Motion to Dismiss was served by ECF on counsel for the Plaintiffs on December 2, 2022.

*/s/ Megan A. Siddall*
Megan A. Siddall