## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL LANDRY, and<br>TREADWELL FRANKLIN<br>INFRASTRUCTURE CAPITAL LLC,<br><br>       *Plaintiffs,*<br><br>v.<br><br>WORLD MARINE OFFSHORE A/S, WORLD MARINE OFFSHORE LLC, LARS CHRISTIAN ZOHNER, HANS SCHNEIDER, and JIMMY KRISTENSEN,<br><br>       *Defendants.* | Civil Action No. 22-cv-11432-AK |

### **DEFENDANT JIMMY KRISTENSEN'S MOTION TO DISMISS**

Pursuant to F.R.C.P. 12(b)(2) and 12(b)(6), Defendant, Jimmy Kristensen ("Kristensen"), hereby moves to dismiss all claims against him individually on the grounds that (1) Kristensen, a Denmark citizen, has not had the minimum contacts required to be subject to Massachusetts jurisdiction and law, and (2) Plaintiffs' mere ten factual allegations regarding Kristensen are insufficient to state a claim against him. In support of his Motion, Kristensen hereby incorporates and refers this Court to his *Memorandum of Law in Support His Motion to Dismiss* and expressly incorporates World Marine Offshore A/S and World Marine Offshore LLC Memorandum of Law in Support of Their Motion to Dismiss.

      WHEREFORE, Defendant Jimmy Kristensen respectfully request that the Court allow this Motion to Dismiss.

Dated: December 2, 2022            Respectfully submitted,

**JIMMY KRISTENSEN,**

By his attorney,

*/s/Andrea L. Martin*
Andrea L. Martin (BBO #666117)
amartin@burnslev.com
BURNS & LEVINSON LLP
125 High Street
Boston, MA 02110
Telephone: 617-345-3000
Facsimile: 617-345-3299

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Defendants conferred with counsel for Plaintiffs, and Plaintiffs oppose this Motion.

*/s/Andrea L. Martin, Esq.*
Andrea L. Martin, Esq.

## CERTIFICATE OF SERVICE

I, Andrea L. Martin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 2, 2022.

*/s/Andrea L. Martin, Esq.*
Andrea L. Martin, Esq.