UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL LANDRY, and <br> TREADWELL FRANKLIN INFASTRUCTURE <br> CAPITAL LLC, <br><br>      Plaintiffs, <br><br> v. <br><br> WORLD MARINE OFFSHORE A/S, WORLD MARINE <br> OFFSHORE LLC, LARS CHRISTIAN ZOHNER, HANS <br> SCHNEIDER and JIMMY KRISTENSEN, <br>      Defendants. | CIVIL ACTION <br> NO.:1:22-cv-11432-AK |

**CORRECTED STIPULATION OF DISMISSAL AS TO HANS SCHNEIDER WITHOUT PREJUDICE**

Plaintiffs, Michael Landry ("Landry") and Treadwell Franklin Infrastructure Capital LLC ("TFIC")(collectively "Plaintiffs") and Defendant Hans Schneider hereby stipulate that the Complaint be dismissed without prejudice as to Hans Schneider only.  Further, in the event that Plaintiffs seek leave to add Mr. Schneider as a party in this case at some future date, , Mr. Schneider appoints his attorney Daniel J. Cloherty to accept service on his behalf in connection with this matter.  The Parties further agree that Mr. Schneider's appointment of Mr. Cloherty in this capacity shall not be construed as a waiver of any of Mr. Schneider's rights in connection with this proceeding, including (but not limited to) any rights he may have to assert any and all jurisdictional objections.

| | |
|---|---|
| Respectfully submitted <br> Plaintiffs' <br> By their attorney, <br><br> /s/ David S. Smith <br> David S. Smith <br> BBO No.: 634865 <br> Farrell Smith O'Connell <br> Aarsheim Aprans, LLP <br> 27 Congress St., Suite 109 <br> Salem, Massachusetts 01970 <br> Tel: 978-744-8918 <br> Fax: 978-666-0383 | Respectfully submitted <br> Hans Schneider <br><br><br> /s/ Daniel J. Cloherty <br> Daniel J. Cloherty <br> BBO No.: 565772 <br> Todd & Weld LLP <br> One Federal Street, 27th Floor <br> Boston, MA 02110 <br> dcloherty@toddweld.com <br> Tel: 617-720-2626 |

dsmith@fsofirm.com

CERTIFICATE OF SERVICE

I, David S. Smith, hereby certify that I caused to have served a copy of the foregoing document upon all parties of record via the ECF system this 23nd day of December, 2022.

/s/ David S. Smith
David S. Smith