UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL LANDRY, and <br> TREADWELL FRANKLIN INFASTRUCTURE <br> CAPITAL LLC, <br>                 Plaintiffs, <br><br> v. <br><br> WORLD MARINE OFFSHORE A/S, WORLD MARINE <br> OFFSHORE LLC, LARS CHRISTIAN ZOHNER, HANS <br> SCHNEIDER and JIMMY KRISTENSEN, <br>                 Defendants. | CIVIL ACTION <br> NO.:1:22-cv-11432-AK |

**MOTION TO AMEND THE COMPLAINT, ASSENTED TO**

Plaintiffs, Michael Landry ("Landry") and Treadwell Franklin Infrastructure Capital LLC ("TFIC")(collectively "Plaintiffs") hereby move this Honorable Court pursuant to Fed.R.Civ.P. 15 to amend their complaint. In support of this motion,

1. The Parties have agreed to allow the Plaintiffs to file an Amended Complaint on or before January 6, 2023.

2. The filing will moot the Defendants' pending motions to dismiss.

3. Plaintiffs stipulates that Hans Schneider is dismissed from the action without prejudice.

4. Plaintiffs are also dismissing Counts I (breach of the implied covenant of good faith and fair dealing) and III (breach of the MOU and Interim Operating Agreements) as written in the Complaint against all individual defendants.

5. Defendants will file a responsive pleading to the Plaintiffs' Amended Complaint on or before February 10, 2023. In the event that the responsive pleading is a Motion to Dismiss, Plaintiffs have until March 10, 2023 to file an opposition.

Respectfully submitted
Plaintiffs'
By their attorney,

/s/ David S. Smith
David S. Smith
BBO No.: 634865
Farrell Smith O'Connell
Aarsheim Aprans, LLP
27 Congress St., Suite 109
Salem, Massachusetts 01970
Tel: 978-744-8918
Fax: 978-666-0383
dsmith@fsofirm.com

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I David S. Smith, hereby certify that I conferenced the subject of this motion with all parties of record. The Defendants have stated that they do not oppose this motion.

/s/ David S. Smith
David S. Smith

## CERTIFICATE OF SERVICE

I, David S. Smith, hereby certify that I caused to have served a copy of the foregoing document upon all parties of record via the ECF system this 23nd day of December, 2022.

/s/ David S. Smith
David S. Smith