UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL LANDRY, TREADWELL FRANKLIN INFRASTRUCTURE CAPITAL, LLC, and PATRIOT OFFSHORE MARINE SERVICES, LLC,<br>    Plaintiffs,<br><br>v.<br><br>WORLD MARINE OFFSHORE A/S, WORLD MARINE OFFSHORE LLC, LARS CHRISTIAN ZOHNER, and JIMMY KRISTENSEN,<br>    Defendants. | Civil Action No.: 1:22-cv-11432-AK |

**MOTION TO SEAL PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**
Defendants Do No Object To This Motion

Plaintiffs, Michael Landry ("Landry") and Treadwell Franklin Infrastructure Capital LLC ("TFIC") and Offshore Marine Services, LLC ("POMS")(collectively "Plaintiffs") respectfully move this Honorable Court to file an unredacted copy of Plaintiffs' Opposition To Defendants' Motion To Dismiss and accompanying exhibits under seal.  As grounds for this Motion, Plaintiffs state:

In support of this Motion, Plaintiff states the following:

1. As the Court is aware, this action concerns a joint venture for the purpose of providing services for the offshore wind farm market off the coast of Massachusetts.

2. The parties entered into a Memorandum of Understanding.  That MOU includes a confidentiality agreement that incorporates various other documents such as the interim operating agreements and proposed operating agreements.  Further, the MOU

is an exhibit to the Interim Operating Agreement ("IOA") for POMS.  Another exhibit to the IOA is POMS Operating Agreement.

3. Plaintiffs are concerned that disclosing these terms at this time may put them in breach of the terms of the MOU.

4. Plaintiffs ask that the Court grant them leave to file an unredacted copy of Plaintiffs' Opposition To Defendants' Motion To Dismiss with exhibits under seal.

5. Plaintiffs will file a redacted copy of Plaintiffs' Opposition To Defendants' Motion To Dismiss with redacted exhibit on the Court's ECF system.

6. After conferring, Defendants do not object to this motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant them leave to file the Plaintiffs' Opposition To Defendants' Motion To Dismiss and accompanying exhibits under seal.

Respectfully submitted
Plaintiffs'
By their attorney,

/s/ David S. Smith
David S. Smith, Esq.
BBO No.: 634865
Farrell Smith O'Connell
Aarsheim Aprans, LLP
27 Congress St., Suite 109
Salem, Massachusetts 01970
Tel: 978-744-8918
Fax: 978-666-0383
dsmith@fsofirm.com

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, David S. Smith, hereby certify that I complied with Local Rule 7.1 as I obtained all parties assent to this motion.

/s/ David S. Smith
David S. Smith

CERTIFICATE OF SERVICE

I, David S. Smith, hereby certify that I caused to have served a copy of the foregoing document upon all parties of record via the ECF system this 17th day of March, 2023.

/s/ David S. Smith
David S. Smith